1 | Jeffrey P. Lendrum (SBN 137751)
LENDRUM LAW FIRM
2 | A Professional Corporation
3 | 750 B Street, Suite 3300
San Diego, CA 92101
4 | Telephone: (619) 239-4302
Facsimilie: (619) 239-4307
5 | Email: jpl@lendrumlaw.com

6 | Attorney for Plaintiff

7 |
Anthony P. Schoenberg (SBN 203714)
8 | FARELLA BRAUN & MARTEL LLP
Russ Building
9 | 235 Montgomery Street
San Francisco, CA 94104
10 | Telephone: (415) 954-4400
11 | Email: TSchoenberg@fbm.com

12 | Attorneys for Defendant University of California, Berkeley Foundation

13 |
14 |                    UNITED STATES DISTRICT COURT
15 |                    CENTRAL DISTRICT OF CALIFORNIA
16 |                      (Western Division - Los Angeles)

| | |
|---|---|
| 17  Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10571-JAK-SH |
| 18             Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 19       v. | |
| 20  California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, | Complaint served: February 15, 2012
Current response date: March 7, 2012
New response date: March 16, 2012 |
| 24             Defendants. | |

25

1

Stipulation To Extend Time To Respond To Initial Complaint (L.R. 8-3); Case No. 2:11-cv-10571-JAK-SH

1  Whereas, the initial Complaint in this action was served on Defendant
2  University of California, Berkeley Foundation on February 15, 2012;
3  Whereas, the current deadline for the University of California, Berkeley
4  Foundation to file and serve a response to the Complaint is March 7, 2012;
5  Whereas, Plaintiff Cortlandt Street Recovery Corp. and the University of
6  California, Berkeley Foundation have agreed to extend the deadline for a response
7  to the Complaint to March 16, 2012;
8  Plaintiff Cortlandt Street Recovery Corp. and the University of California,
9  Berkeley Foundation HEREBY STIPULATE that the University of California,
10  Berkeley Foundation shall have until March 16, 2012 to file an answer or otherwise
11  respond to the Complaint.

13  February 15, 2012          FARELLA BRAUN & MARTEL LLP

15  By: _____
                           Anthony P. Schoenberg

17  Attorneys for Defendant
    University of California, Berkeley Foundation

19  February 16, 2012          LENDRUM LAW FIRM

20  By: _____
21                         Jeffrey P. Lendrum

22  Attorneys for Plaintiff
    Cortlandt Street Recovery Corp.

2