```
1  Jeffrey P. Lendrum (SBN 137751)
   LENDRUM LAW FIRM
2  A Professional Corporation
   750 B Street, Suite 3300
3  San Diego, CA 92101
4  Telephone: (619) 239-4302
   Facsimilie: (619) 239-4307
5  Email: jpl@lendrumlaw.com

6  Attorney for Plaintiff

7
   CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
8  Thomas J. Noguerola (SBN 190667)
   Email: thomas_noguerola@calpers.ca.gov
9  P.O. Box 942707
10 Sacramento, CA 94229-2707
   Telephone: (916) 795-3675
11
   Attorneys for Defendant
12 California Public Employees' Retirement System
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br> Plaintiff, <br><br> v. <br><br> California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, <br><br> Defendants. | CASE NO. 2:11-cv-10571-JAK-SH <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint served: January 27, 2012 <br> Current response date: February 17, 2012 <br> New response date: March 16, 2012 |

1

Stipulation To Extend Time To Respond To Initial Complaint (L.R. 8-3); Case No. 2:11-cv-10571-JAK-SH

1     Whereas, the initial Complaint in this action was served on Defendant
2 California Public Employees' Retirement System on January 27, 2012;

3     Whereas, the current deadline for the California Public Employees'
4 Retirement System to file and serve a response to the Complaint is February 17,
5 2012;

6     Whereas, Plaintiff Cortlandt Street Recovery Corp. and the California Public
7 Employees' Retirement System have agreed to extend the deadline for a response to
8 the Complaint to March 16, 2012;

9     Plaintiff Cortlandt Street Recovery Corp. and the California Public
10 Employees' Retirement System HEREBY STIPULATE that the California Public
11 Employees' Retirement System shall have until March 16, 2012 to file an answer or
12 otherwise respond to the Complaint.

13

14 February 16, 2012     CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
15

16         By: _____
17             Thomas J. Noguerola

18         Attorney for Defendant
19         California Public Employees' Retirement System

20 February 16, 2012     LENDRUM LAW FIRM
21

22         By: _____
23             Jeffrey P. Lendrum

24         Attorneys for Plaintiff
           Cortlandt Street Recovery Corp.

25