1 | Jeffrey P. Lendrum (SBN 137751)
  | LENDRUM LAW FIRM
2 | A Professional Corporation
  | 750 B Street, Suite 3300
3 | San Diego, CA 92101
4 | Telephone: (619) 239-4302
  | Facsimilie: (619) 239-4307
5 | Email: jpl@lendrumlaw.com

6 | Attorney for Plaintiff

7 |
  | CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
8 | Lamont T. King, Jr. (SBN 213788)
  | Email: lking@calstrs.com
9 | P.O. Box 15275
  | Sacramento, CA 95851-0275
10 | Telephone: (916) 414-1730

11 |
   | Attorneys for Defendant
12 | California State Teachers' Retirement System

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10571-JAK-SH |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, | Complaint served: January 31, 2012<br>Current response date: February 21, 2012<br>New response date: March 16, 2012 |
| Defendants. | |

1

Stipulation To Extend Time To Respond To Initial Complaint (L.R. 8-3); Case No. 2:11-cv-10571-JAK-SH

1   Whereas, the initial Complaint in this action was served on Defendant
2   California State Teachers' Retirement System on January 31, 2012;
3   Whereas, the current deadline for the California State Teachers' Retirement
4   System to file and serve a response to the Complaint is February 21, 2012;
5   Whereas, Plaintiff Cortlandt Street Recovery Corp. and the California State
6   Teachers' Retirement System have agreed to extend the deadline for a response to
7   the Complaint to March 16, 2012;
8   Plaintiff Cortlandt Street Recovery Corp. and the California State Teachers'
9   Retirement System HEREBY STIPULATE that the California State Teachers'
10  Retirement System shall have until March 16, 2012 to file an answer or otherwise
11  respond to the Complaint.

13  February 15, 2012          CALIFORNIA STATE TEACHERS' RETIREMENT
                               SYSTEM

15                             By: _____
16                                 Lamont T. King, Jr.

17                             Attorney for Defendant
                               California State Teachers' Retirement System

19  February 16, 2012          LENDRUM LAW FIRM

21                             By: _____
                                   Jeffrey P. Lendrum

22
                               Attorneys for Plaintiff
23                             Cortlandt Street Recovery Corp.

2