Jeffrey P. Lendrum (SBN 137751)
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimilie: (619) 239-4307
Email: jpl@lendrumlaw.com

Attorney for Plaintiff

OFFICE OF THE LOS ANGELES CITY ATTORNEY
Carmen A. Trutanich (SBN 86629)
James H. Napier (SBN 174578)
Email: james.napier@lacity.org
360 East Second Street, Room 400
Los Angeles, California 90012
Telephone: (213) 978-4400

Attorneys for Defendant Los Angeles City Employees' Retirement System

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br>Plaintiff, <br><br>v. <br><br>California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, <br><br>Defendants. | CASE NO. 2:11-cv-10571-JAK-SH <br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br>Complaint served: January 27, 2012 <br>Current response date: February 17, 2012 <br>New response date: March 16, 2012 |

1

Stipulation To Extend Time To Respond To Initial Complaint (L.R. 8-3); Case No. 2:11-cv-10571-JAK-SH

1  Whereas, the initial Complaint in this action was served on Defendant Los
2  Angeles City Employees' Retirement System on January 27, 2012;
3  Whereas, the current deadline for the Los Angeles City Employees'
4  Retirement System to file and serve a response to the Complaint is February 17,
5  2012;
6  Whereas, Plaintiff Cortlandt Street Recovery Corp. and the Los Angeles City
7  Employees' Retirement System have agreed to extend the deadline for a response to
8  the Complaint to March 16, 2012;
9  Plaintiff Cortlandt Street Recovery Corp. and the Los Angeles City
10 Employees' Retirement System HEREBY STIPULATE that the Los Angeles City
11 Employees' Retirement System shall have until March 16, 2012 to file an answer or
12 otherwise respond to the Complaint.

13 February 16, 2012           OFFICE OF THE LOS ANGELES CITY ATTORNEY
                              CARMEN A. TRUTANICH, City Attorney
14

15                            By: _____
                                  James H. Napier
16                                Deputy City Attorney
17
                              Attorneys for Defendant
18                            Los Angeles City Employees' Retirement System
19
20 February 16, 2012           LENDRUM LAW FIRM
21
                              By: _____
22                                Jeffrey P. Lendrum

23                            Attorneys for Plaintiff
                              Cortlandt Street Recovery Corp.
24
25