Jeffrey P. Lendrum
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
Email: jpl@lendrumlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp.,<br><br>Plaintiff,<br><br>v.<br><br>California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation,<br><br>Defendants. | CASE NO. 2:11-cv-10571-RGK (SHx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: January 31, 2012<br>Current response date: March 16, 2012<br><br>New response date: April 11, 2012 |

WHEREAS, the initial (and operative) Complaint in this action was served on Defendant California Public Employees' Retirement System on January 27, 2012, on Defendant Los Angeles City Employees' Retirement System on January 27,

2012, on Defendant California State Teachers Retirement System on January 31, 2012, and on Defendant University of California, Berkeley Foundation on February 15, 2012 (collectively, "Defendants");

WHEREAS, on February 16, 2012 the parties filed stipulations pursuant to L.R. 8-3 extending the deadline for Defendants to file and serve responses to the Complaint to March 16, 2012;

WHEREAS, the extension was intended to provide Defendants with sufficient time to produce certain documents;

WHEREAS, Defendants are working diligently to locate and produce these documents;

WHEREAS, the parties are currently attempting to negotiate an agreement to toll the running of the limitations period on Plaintiff's claims or otherwise to stay those claims, and the parties anticipate that this action will be dismissed without prejudice upon production of these documents;

WHEREAS, the parties wish to avoid needless expense in prosecuting and defending this action, including by responding to the Complaint, if it is likely to be dismissed;

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiff Cortlandt Street Recovery Corp. and Defendants California State Teachers Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, and University of California, Berkeley Foundation that all Defendants shall have up to and including April 11, 2012 to file an answer or otherwise respond to the Complaint.

| | | |
|---|---|---|
| 1 | March 13, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT |
| 2 | | SYSTEM |
| 3 | | |
| 4 | | By: *Thomas J. Nogurola* (signature)<br>Thomas J. Nogurola |
| 5 | | Attorney for Defendant |
| 6 | | California Public Employees' Retirement System |
| 7 | | |
| 8 | | |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT |
| 10 | | SYSTEM |
| 11 | | |
| 12 | | By: _____<br>Lamont T. King, Jr. |
| 13 | | Attorney for Defendant |
| 14 | | California State Teachers Retirement System |
| 15 | | |
| 16 | | |
| 17 | March ___, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY<br>CARMEN A. TRUTANICH, City Attorney |
| 18 | | |
| 19 | | By: _____<br>James H. Napier<br>Deputy City Attorney |
| 20 | | |
| 21 | | Attorneys for Defendant<br>Los Angeles City Employees' Retirement System |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

```
March ___, 2012          CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT
                         SYSTEM

                         By: _____
                             Thomas J. Noguerola

                         Attorney for Defendant
                         California Public Employees' Retirement System


March 13, 2012           CALIFORNIA STATE TEACHERS' RETIREMENT
                         SYSTEM

                         By: /s/ Lamont T. King, Jr. _____
                             Lamont T. King, Jr.

                         Attorney for Defendant
                         California State Teachers' Retirement System


March ___, 2012          OFFICE OF THE LOS ANGELES CITY ATTORNEY
                         CARMEN A. TRUTANICH, City Attorney

                         By: _____
                             James H. Napier
                             Deputy City Attorney

                         Attorneys for Defendant
                         Los Angeles City Employees' Retirement System
```

| | | |
|---|---|---|
| 1 | March ___, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT |
| 2 | | SYSTEM |
| 3 | | |
| 4 | | By: _____<br>Thomas J. Noguerola |
| 5 | | |
| 6 | | Attorney for Defendant<br>California Public Employees' Retirement System |
| 7 | | |
| 8 | | |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT |
| 10 | | SYSTEM |
| 11 | | |
| 12 | | By: _____<br>Lamont T. King, Jr. |
| 13 | | Attorney for Defendant |
| 14 | | California State Teachers Retirement System |
| 15 | | |
| 16 | | |
| 17 | March _13_, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY<br>CARMEN A. TRUTANICH, City Attorney |
| 18 | | By: _____ |
| 19 | | James H. Napier<br>Deputy City Attorney |
| 20 | | |
| 21 | | Attorneys for Defendant<br>Los Angeles City Employees' Retirement System |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

3

| | | |
|---|---|---|
| 1 | March 13, 2012 | FARELLA BRAUN & MARTEL LLP |
| 2 | | By: _____ |
| 3 | | Anthony P. Schoenberg |
| 4 | | Attorneys for Defendant |
| | | University of California, Berkeley Foundation |

| | | |
|---|---|---|
| 7 | March 14, 2012 | LENDRUM LAW FIRM |
| 8 | | By: _____ |
| 9 | | Jeffrey P. Lendrum |
| 10 | | Attorneys for Plaintiff |
| | | Cortlandt Street Recovery Corp. |

4

Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10571-RGK (SHx)