KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP

101 CALIFORNIA STREET

SUITE 2300

SAN FRANCISCO, CALIFORNIA 94111

415-421-6140

FACSIMILE: 415-398-5030

CHARLES N. FREIBERG
PARTNER
CFREIBERG@KASOWITZ.COM
DIRECT DIAL 415-655-4326

ATLANTA
HOUSTON
MIAMI
NEWARK
NEW YORK

March 16, 2012

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Honorable R. Gary Klausner
United States District Judge
255 East Temple Street
Los Angeles, CA 90012

   **Re: Denial of Stipulated Request to Extend Time -** *Cortlandt Street Recovery Corp. v. California State Teachers' Retirement System, et al.,* **Case Nos. 2:11-cv-10571-RGK (SHx);** *Cortlandt Street Recovery Corp. v. Los Angeles City Employees Retirement System, et al.,* **2:11-cv-10573-RGK (SHx)**

Dear Judge Klausner:

  We were just retained to represent Los Angeles City Employees' Retirement System ("LACERS") in the above-entitled matters.

  The four defendants in this case and the plaintiff submitted stipulations requesting extensions of time to respond to the complaints from March 16, 2012 to April 11, 2012 to allow the parties some additional time to attempt to consummate a resolution of these matters before spending resources on litigation.

  Yesterday, the Court denied the requests, and in a call to the Court's clerk, counsel in this matter were advised that they could request a clarification of the Court's Order. We therefore request that further information and, in particular, whether the Court would be willing to grant some additional time for LACERS and the other three defendants to respond to the Complaints, so that they may attempt to resolve this litigation in the interim.

  Thank you for your consideration of this request. The pleadings submitted on this matter and the Court's Orders are attached hereto.

            Respectfully submitted,

            */s/ Charles Freiberg*
            Charles Freiberg

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Honorable R. Gary Klausner
March 16, 2012
Page 2

cc: Jeffrey P. Lendrum, Esq.
   (counsel for Plaintiff)
Thomas J. Noguerola, Esq.
   (counsel for Defendant California Employees' Retirement System)
Lamont T. King, Jr., Esq.
   (counsel for Defendant California State Teachers Retirement System)
James H. Napier, Esq.
   (counsel for Defendant Los Angeles City Employees' Retirement System)
Anthony P. Schoenberg, Esq.
   (counsel for Defendant University of California, Berkeley Foundation)

# ATTACHMENT

Jeffrey P. Lendrum
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
Email: jpl@lendrumlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10571-RGK (SHx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, | Complaint served: January 31, 2012<br>Current response date: March 16, 2012<br><br>New response date: April 11, 2012 |
| Defendants. | |

WHEREAS, the initial (and operative) Complaint in this action was served on Defendant California Public Employees' Retirement System on January 27, 2012, on Defendant Los Angeles City Employees' Retirement System on January 27,

1  2012, on Defendant California State Teachers Retirement System on January 31,
2  2012, and on Defendant University of California, Berkeley Foundation on February
3  15, 2012 (collectively, "Defendants");

4  WHEREAS, on February 16, 2012 the parties filed stipulations pursuant to
5  L.R. 8-3 extending the deadline for Defendants to file and serve responses to the
6  Complaint to March 16, 2012;

7  WHEREAS, the extension was intended to provide Defendants with sufficient
8  time to produce certain documents;

9  WHEREAS, Defendants are working diligently to locate and produce these
10 documents;

11 WHEREAS, the parties are currently attempting to negotiate an agreement to
12 toll the running of the limitations period on Plaintiff's claims or otherwise to stay
13 those claims, and the parties anticipate that this action will be dismissed without
14 prejudice upon production of these documents;

15 WHEREAS, the parties wish to avoid needless expense in prosecuting and
16 defending this action, including by responding to the Complaint, if it is likely to be
17 dismissed;

18 NOW, THEREFORE, it is hereby stipulated and agreed by and between
19 Plaintiff Cortlandt Street Recovery Corp. and Defendants California State Teachers
20 Retirement System, California Public Employees' Retirement System, Los Angeles
21 City Employees' Retirement System, and University of California, Berkeley
22 Foundation that all Defendants shall have up to and including April 11, 2012 to file
23 an answer or otherwise respond to the Complaint.

24
25

| | | |
|---|---|---|
| 1 | March 13, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM |
| | | By: *Thomas J. Noguerola* (signature) |
| | | Thomas J. Noguerola |
| | | Attorney for Defendant |
| | | California Public Employees' Retirement System |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM |
| | | By: _____ |
| | | Lamont T. King, Jr. |
| | | Attorney for Defendant |
| | | California State Teachers Retirement System |
| 17 | March ___, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY |
| | | CARMEN A. TRUTANICH, City Attorney |
| | | By: _____ |
| | | James H. Napier |
| | | Deputy City Attorney |
| | | Attorneys for Defendant |
| | | Los Angeles City Employees' Retirement System |

| | | |
|---|---|---|
| 1 | March ___, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT |
| 2 | | SYSTEM |
| 3 | | |
| 4 | | By: _____ |
| | | Thomas J. Noguerola |
| 5 | | |
| 6 | | Attorney for Defendant |
| | | California Public Employees' Retirement System |
| 7 | | |
| 8 | | |
| 9 | March 13, 2012 | CALIFORNIA STATE TEACHERS' RETIREMENT |
| 10 | | SYSTEM |
| 11 | | |
| 12 | | By: _____/s/_____ |
| | | Lamont T. King, Jr. |
| 13 | | |
| 14 | | Attorney for Defendant |
| | | California State Teachers' Retirement System |
| 15 | | |
| 16 | | |
| 17 | March ___, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY |
| | | CARMEN A. TRUTANICH, City Attorney |
| 18 | | |
| 19 | | By: _____ |
| | | James H. Napier |
| | | Deputy City Attorney |
| 20 | | |
| 21 | | Attorneys for Defendant |
| | | Los Angeles City Employees' Retirement System |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

| | | |
|---|---|---|
| 1 | March ___, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Thomas J. Noguerola |
| 5 | | Attorney for Defendant<br>California Public Employees' Retirement System |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM |
| 10 | | |
| 11 | | By: _____<br>Lamont T. King, Jr. |
| 12 | | |
| 13 | | Attorney for Defendant<br>California State Teachers Retirement System |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | March 13, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY<br>CARMEN A. TRUTANICH, City Attorney |
| 18 | | By: /s/ _____<br>James H. Napier<br>Deputy City Attorney |
| 19 | | |
| 20 | | |
| 21 | | Attorneys for Defendant<br>Los Angeles City Employees' Retirement System |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

3

Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10571-RGK (SHx)

| | | |
|---|---|---|
| 1 | March 13, 2012 | FARELLA BRAUN & MARTEL LLP |
| 2 | | By: _____ |
| 3 | | Anthony P. Schoenberg |
| 4 | | Attorneys for Defendant |
| | | University of California, Berkeley Foundation |
| 7 | March 14, 2012 | LENDRUM LAW FIRM |
| 8 | | By: _____ |
| 9 | | Jeffrey P. Lendrum |
| 10 | | Attorneys for Plaintiff |
| 11 | | Cortlandt Street Recovery Corp. |

4

Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10571-RGK (SHx)

# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br> Plaintiff, <br><br> v. <br><br> California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, <br><br> Defendants. | CASE NO. 2:11-cv-10571-RGK (SHx) <br><br> [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT <br><br> Complaint served: January 31, 2012 <br> Current response date: March 16, 2012 <br><br> New response date: April 11, 2012 |

The Court, having reviewed the stipulation by the parties, and good cause appearing therefore it is hereby ORDERED that:

1

[Proposed] Order To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10571-RGK (SHx)

1. ~~Defendants California State Teachers Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, and University of California, Berkeley Foundation shall have up to and including April 11, 2012 to file an answer or otherwise respond to the Complaint.~~

THE STIPULATION IS DENIED.

Dated: March 15, 2012

*Gary Klausner*
Honorable R. Gary Klausner
United States District Judge

---

2

[Proposed] Order To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10571-RGK (SHx)

| | |
|---|---|
| 1 | Jeffrey P. Lendrum |
| | LENDRUM LAW FIRM |
| 2 | A Professional Corporation |
| | 750 B Street, Suite 3300 |
| 3 | San Diego, CA 92101 |
| 4 | Telephone: (619) 239-4302 |
| | Facsimile: (619) 239-4307 |
| 5 | Email: jpl@lendrumlaw.com |
| 6 | Attorney for Plaintiff |
| 7 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Western Division - Los Angeles)

| | | |
|---|---|---|
| 12 | Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10573-RGK (SHx) |
| 13 | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** |
| 14 | v. | |
| 15 | California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, | Complaint served: January 31, 2012 |
| 16 | | Current response date: March 16, 2012 |
| 17 | | |
| 18 | | New response date: April 11, 2012 |
| 19 | Defendants. | |

21   WHEREAS, the initial (and operative) Complaint in this action was served on
22 Defendant California Public Employees' Retirement System on January 27, 2012,
23 on Defendant Los Angeles City Employees' Retirement System on January 27,
24 2012, on Defendant California State Teachers Retirement System on January 31,

1. 2012, and on Defendant University of California, Berkeley Foundation on February
2. 15, 2012 (collectively, "Defendants");
3.     WHEREAS, on February 16, 2012 the parties filed stipulations pursuant to
4. L.R. 8-3 extending the deadline for Defendants to file and serve responses to the
5. Complaint to March 16, 2012;
6.     WHEREAS, the extension was intended to provide Defendants with sufficient
7. time to produce certain documents;
8.     WHEREAS, Defendants are working diligently to locate and produce these
9. documents;
10.     WHEREAS, the parties are currently attempting to negotiate an agreement to
11. toll the running of the limitations period on Plaintiff's claims or otherwise to stay
12. those claims, and the parties anticipate that this action will be dismissed without
13. prejudice upon production of these documents;
14.     WHEREAS, the parties wish to avoid needless expense in prosecuting and
15. defending this action, including by responding to the Complaint, if it is likely to be
16. dismissed;
17.     NOW, THEREFORE, it is hereby stipulated and agreed by and between
18. Plaintiff Cortlandt Street Recovery Corp. and Defendants California State Teachers
19. Retirement System, California Public Employees' Retirement System, Los Angeles
20. City Employees' Retirement System, and University of California, Berkeley
21. Foundation that all Defendants shall have up to and including April 11, 2012 to file
22. an answer or otherwise respond to the Complaint.
23.
24.
25.

| | | |
|---|---|---|
| 1 | March 13, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM |
| | | |
| | | By: *Thomas J. Noguerola* (signature) |
| | | Thomas J. Noguerola |
| | | |
| | | Attorney for Defendant |
| | | California Public Employees' Retirement System |
| | | |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM |
| | | |
| | | By: _____ |
| | | Lamont T. King, Jr. |
| | | |
| | | Attorney for Defendant |
| | | California State Teachers Retirement System |
| | | |
| 17 | March ___, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY |
| | | CARMEN A. TRUTANICH, City Attorney |
| | | |
| | | By: _____ |
| | | James H. Napier |
| | | Deputy City Attorney |
| | | |
| | | Attorneys for Defendant |
| | | Los Angeles City Employees' Retirement System |

```
March ___, 2012           CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT
                          SYSTEM


                          By: _____
                                Thomas J. Noguerola

                          Attorney for Defendant
                          California Public Employees' Retirement System



March 13, 2012            CALIFORNIA STATE TEACHERS' RETIREMENT
                          SYSTEM


                          By: _____/s/ Lamont T. King, Jr._____
                                Lamont T. King, Jr.

                          Attorney for Defendant
                          California State Teachers' Retirement System




March ___, 2012           OFFICE OF THE LOS ANGELES CITY ATTORNEY
                          CARMEN A. TRUTANICH, City Attorney


                          By: _____
                                James H. Napier
                                Deputy City Attorney

                          Attorneys for Defendant
                          Los Angeles City Employees' Retirement System
```

| | | |
|---|---|---|
| 1 | March ___, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Thomas J. Noguerola |
| 5 | | Attorney for Defendant<br>California Public Employees' Retirement System |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM |
| 10 | | |
| 11 | | |
| 12 | | By: _____<br>Lamont T. King, Jr. |
| 13 | | Attorney for Defendant<br>California State Teachers Retirement System |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | March 13, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY<br>CARMEN A. TRUTANICH, City Attorney |
| 18 | | By: _____<br>James H. Napier<br>Deputy City Attorney |
| 19 | | |
| 20 | | |
| 21 | | Attorneys for Defendant<br>Los Angeles City Employees' Retirement System |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

| | | |
|---|---|---|
| 1 | March 13, 2012 | FARELLA BRAUN & MARTEL LLP |
| 2 | | By: _/s/_ |
| 3 | | Anthony P. Schoenberg |
| 4 | | Attorneys for Defendant |
| 5 | | University of California, Berkeley Foundation |
| 7 | March 14, 2012 | LENDRUM LAW FIRM |
| 8 | | By: _/s/_ |
| 9 | | Jeffrey P. Lendrum |
| 10 | | Attorneys for Plaintiff |
| 11 | | Cortlandt Street Recovery Corp. |

# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br> Plaintiff, <br><br> v. <br><br> California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, <br><br> Defendants. | CASE NO. 2:11-cv-10573-RGK (SHx) <br><br> [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT <br><br> Complaint served: January 31, 2012 <br> Current response date: March 16, 2012 <br><br> New response date: April 11, 2012 |

The Court, having reviewed the stipulation by the parties, and good cause appearing therefore it is hereby ORDERED that:

1

2432549v1
3/15/2012

[Proposed] Order To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10573-RGK (SHx)

1. ~~Defendants California State Teachers Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, and University of California, Berkeley Foundation shall have up to and including April 11, 2012 to file an answer or otherwise respond to the Complaint.~~

THE STIPULATION IS DENIED.

Dated: March 15, 2012

_____
Honorable R. Gary Klausner
United States District Judge