1  Charles N. Freiberg (SBN 70890)
   Kasowitz, Benson, Torres & Friedman LLP
2  101 California Street, Suite 2300
3  San Francisco, California
   Telephone: (415421-6140
4  Facsimile: (415) 398-5030
   Email: cfreiberg@kasowitz.com
5
   Attorney for Defendant
6  Los Angeles City Employees' Retirement System

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9
                       **(Western Division - Los Angeles)**
10

11 | Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10571-RGK (SHx) |
12 |                                  |                                   |
   |          Plaintiff,              | **PROOF OF SERVICE**              |
13 |                                  |                                   |
   |              v.                  |                                   |
14 |                                  |                                   |
15 | California State Teachers' Retirement System, Los Angeles City Employees' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation, | |
16 | | |
17 | | |
18 | | |
   |          Defendants.             | |
19

20

21

22

23

24

25

## PROOF OF SERVICE

I, **Aaron J. Nathan**, declare that I am employed by Kasowitz, Benson, Torres & Friedman LLP, located in the City and County of San Francisco, at the business address of 101 California Street, Suite 2300, San Francisco, California 94111. I am over the age of eighteen years and am not a party to this matter.

On March 16, 2012, I served the following document(s):

- **MARCH 16, 2012 LETTER TO HON. R. GARY KLAUSNER**
- **CHARLES N. FREIBERG'S NOTICE OF APPEARANCE**
- **PROOF OF SERVICE**

on the following:

OFFICE OF THE LOS ANGELES CITY ATTORNEY
James H. Napier
james.napier@lacity.org
360 East Second Street, Room 400
Los Angeles, California 90012
Telephone: (213) 978-4400
*Counsel for LACERS*

Thomas J. Noguerola
thomas_noguerola@calpers.ca.gov
P.O. Box 942707
Sacramento, CA 94229-2707
Telephone: (916) 795-3675
*Counsel for CalPERS*

Lamont T. King, Jr.
lking@calstrs.com
P.O. Box 15275
Sacramento, CA 95851-0275
Telephone: (916) 414-1730
*Counsel for CalSTRS*

Christina Hollander
CHollander@fbm.com
FARELLA BRAUN & MARTEL, LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
*Counsel for University of California, Berkeley Foundation*

☒ **By Mail**. I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practices of

1  Kasowitz, Benson, Torres and Friedman for processing of correspondence, said
2  practice being that in the ordinary course of business, correspondence is deposited in
3  the United States Postal Service the same day as it is placed for processing.
4      I declare under penalty of perjury that the foregoing is true and correct.
5  Executed this 16th day of March, 2012 in San Francisco, California.

                                      s/Aaron J. Nathan
                                      Aaron J. Nathan