# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is P.O. Box 15275, Sacramento, California 95851-0275.

On March 16, 2012, I served the following document(s):

ANSWER OF DEFENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM

on the following:

Jeffrey P. Lendrum
jpl@lendrumlaw.com
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
*Counsel for Plaintiff*

Charles N. Freiberg
Email: cfreiberg@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 655-4236
Facsimile: (415) 358-5926
*Counsel for Defendant Los Angeles City Employees' Retirement System*

via electronic filing via the CM/ECF system,

and on the following:

Christina Hollander
CHollander@fbm.com
FARELLA BRAUN & MARTEL, LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
*Counsel for University of California, Berkeley Foundation*

Warren Astleford
Warren_Astleford@calPERS.ca.gov
P.O. Box 942707
Sacramento, CA 94229-2707
Telephone: (916) 795-3675
*Counsel for CalPERS*

via electronic mail upon consent.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of March, 2012 in Sacramento, California.

_____
Lamont T. King, Jr.