1  BINGHAM MCCUTCHEN LLP
   Bruce A. Friedman (SBN 65852)
2  bruce.friedman@bingham.com
   Patrick Allen (SBN 268130)
3  pat.allen@bingham.com
   The Water Garden
4  Fourth Floor, North Tower
   1620 26th Street
5  Santa Monica, CA 90404-4060
   Telephone: 310.907.1000
6
   Attorneys for Defendant
7  California State Teachers' Retirement System

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | Cortlandt Street Recovery Corp.,        | No. 2:11-cv-10571-RGK (SHx)
12 |        Plaintiff,                       | **SUBSTITUTION OF ATTORNEY FOR DEFENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM**
13 |        v.
14 | California State Teachers' Retirement
15 | System, California Public Employees'
   | Retirement System, Los Angeles City
16 | Employees' Retirement System,
   | University of California, Berkeley
17 | Foundation;
18 |        Defendants.

A/74847042.1/0999991-0000981001

SUBSTITUTION OF ATTORNEY FOR DEFENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM

**PLEASE TAKE NOTICE** that, subject to court approval, California State Teachers' Retirement System substitutes the law firm of Bingham McCutchen LLP, through Bruce A. Friedman, Esq. (State Bar No. 65852) and Patrick Allen (State Bar No. 268130), as counsel of record in place of Lamont T. King, Jr.

All documents served on California State Teachers' Retirement System should be addressed as follows:

> Bruce Friedman
> Patrick Allen
> Bingham McCutchen LLP
> 1620 26th Street
> North Tower, 4th Floor
> Santa Monica, CA 90404
> Telephone: 310.907.1000
> Facsimile: 310.907.2000

I consent to this substitution on behalf of California State Teachers' Retirement System.

Date: March 26, 2012          By: _____
                              Lamont T. King, Jr.

I consent to this substitution.

Date: March 26, 2012          BINGHAM MCCUTCHEN LLP

                              By: _____
                              Bruce Friedman

\* \* \* \*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____, 2012     _____
                              Hon. R. Gary Klausner
                              United States District Judge

A/74847042.1/0999991-0000981001          2