Bruce Friedman (SBN 65852)
Patrick Allen (SBN 268130)
Bingham McCutchen LLP
1620 26th Street, Fourth Floor, North Tower
Santa Monica, CA 90404
(T) 310.907.1000
(F) 310.907.2000
bruce.friedman@bingham.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cortlandt Street Recovery Corp.<br><br>Plaintiff(s)<br>v.<br><br>California State Teachers' Retirement System, et. al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:11-cv-10571-RGK (SHx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

California State Teachers' Retirement System  ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Bruce Friedman of Bingham McCutchen LLP
*New Attorney*

as attorney of record in place and stead of Lamont T. King, Jr.
*Present Attorney*

Dated Mar 28, 2012

*Signature of Party/Authorized Representative of Party*
California State Teachers' Retirement System

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated Mar. 28, 2012

*Signature of Present Attorney*
Counsel for California State Teachers' Retirement System

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 3/29/12

*Signature of New Attorney*
65852
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)     REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY