Bruce Friedman (SBN 65852)
Patrick Allen (SBN 268130)
Bingham McCutchen LLP
1620 26th Street, Fourth Floor, North Tower
Santa Monica, CA 90404
(T) 310.907.1000
(F) 310.907.2000
bruce.friedman@bingham.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Cortlandt Street Recovery Corp. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:11-cv-10571-RGK (SHx) |
| v. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| California State Teachers' Retirement System, et. al. | |
| Defendant(s). | |

The Court hereby orders that the request of:

<u>California State Teachers' Retirement System</u> G Plaintiff  G Defendant  G Other _____
    *Name of Party*

to substitute _____<u>Bruce Friedman of Bingham McCutchen LLP</u>_____ who is

   G  Retained Counsel      G Counsel appointed by the Court (Criminal cases only) G Pro Se

_____<u>1620 26th Street, Fourth Floor North Tower</u>_____
                 *Street Address*

<u>Santa Monica, California 90404</u>                               <u>bruce.friedman@bingham.com</u>
     *City, State, Zip*                                                                                *E-Mail Address*

<u>310.907.1000</u>                          <u>310.907.2000</u>                                      <u>65852</u>
*Telephone Number*                      *Fax Number*                              *State Bar Number*

as attorney of record in place and stead of <u>Lamont T. King, Jr.</u>
                                                             *Present Attorney*

**is hereby**      G **GRANTED** G **DENIED**

Dated _____            _____
                                              U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.**