Charles N. Freiberg (State Bar No. 70890)
Email: cfreiberg@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 655-4326

*Attorney for Defendant Los Angeles City Employees' Retirement System*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br> Plaintiff, <br><br> v. <br><br> California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, , University of California, Berkeley Foundation, <br>                    Defendants. | CASE NO. 2:11-cv-10571-RGK (SHx) <br><br> **DEFENDANT LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM'S DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 38, Defendant Los Angeles City Employees' Retirement System hereby demands a jury trial as to all claims for relief on which it is entitled to a trial by jury under applicable law.

Demand For Jury Trial; Case No. 2:11-cv-10571-RGK (SHx)

1 | Dated: March 28, 2012
2
3 |                                    KASOWITZ, BENSON, TORRES
  |                                         & FRIEDMAN LLP
4
5
  |                                    By: _____/s/ Charles Freiberg_____
6 |                                         Charles Freiberg
  |                                         101 California Street, Suite 2300
7 |                                         San Francisco, CA 94111
  |                                         Telephone: (415) 655-4326
8 |                                         Email: cfreiberg@kasowitz.com
9
10 |                                    *Attorney for Defendant Los Angeles*
   |                                    *City Employees' Retirement System*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Demand For Jury Trial; Case No. 2:11-cv-10571-RGK (SHx)