Marte Castaños (State Bar No. 186035)
Email: marte_castanos@CalPERS.ca.gov
Warren Astleford (State Bar No. 142912)
Email: warren_astleford@CalPERS.ca.gov
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
Legal Office, Lincoln Plaza North
400 Q Street, Room 3340
Sacramento, CA 95811
Telephone: (916) 795-3672

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp.,<br><br>Plaintiff,<br><br>v.<br><br>California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation,<br><br>Defendants. | CASE NO.  2:11-cv-10571-RGK (SHx)<br><br>**DEFENDANT CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 38, Defendant California Public Employees' Retirement System hereby demands a jury trial as to all claims for relief on which it is entitled to a trial by jury under applicable law.

1

Dated: March 28, 2012

2

3

CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM

4

5

By: _____

6

Marte Castaños
Warren Astleford

7

8

Legal Office, Lincoln Plaza North
400 Q Street, Room 3340
Sacramento, CA 95811
Telephone: (916) 795-3672
Email: marte_castanos
         @CalPERS.ca.gov
Email:warren_astleford
         @CalPERS.ca.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28