Anthony P. Schoenberg (State Bar No. 203714)
Email: aschoenberg@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorney for Defendant University of California, Berkeley Foundation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br> Plaintiff, <br><br> v. <br><br> California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, <br><br> Defendants. | CASE NO.  2:11-cv-10571-RGK (SHx) <br><br> **DEFENDANT UNIVERSITY OF CALIFORNIA, BERKELEY FOUNDATION'S JURY DEMAND** |

Pursuant to Federal Rule of Civil Procedure 38, Defendant University of California, Berkeley Foundation hereby demands a jury trial as to all claims for relief on which it is entitled to a trial by jury under applicable law.

Dated: March 28, 2012

FARELLA BRAUN & MARTEL LLP

By: _____
Anthony P. Schoenberg
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4480
Facsimile: (415) 954-4480
Email: aschoenberg@fbm.com

*Attorney for University of California,
Berkeley Foundation*

2440400v1
3/28/2012

Demand For Jury Trial; Case No. 2:11-cv-10571-RGK (SHx)