Bruce A. Friedman (State Bar No. 65852)
Email: bruce.friedman@bingham.com
Patrick Allen (State Bar No. 268130)
Email: pat.allen@bingham.com
BINGHAM MCCUTCHEN LLP
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000

*Attorneys for Defendant California State Teachers' Retirement System*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**(Western Division - Los Angeles)**

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br> Plaintiff, <br><br> v. <br><br> California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, , University of California, Berkeley Foundation, <br><br> Defendants. | CASE NO. 2:11-cv-10571-RGK (SHx) <br><br> **DEFENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM'S DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 38, Defendant California State Teachers' Retirement System hereby demands a jury trial as to all claims for relief on which it is entitled to a trial by jury under applicable law.

---

Demand For Jury Trial; Case No. 2:11-cv-10571-RGK (SHx)

Dated: March 30, 2012

BINGHAM MCCUTCHEN LLP

By: /s/ Bruce A. Friedman
Bruce A. Friedman
Patrick Allen
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Email: bruce.friedman@bingham.com
Email: pat.allen@bingham.com

*Attorneys for California State Teachers' Retirement System*

Demand For Jury Trial; Case No. 2:11-cv-10571-RGK (SHx)