Bruce Friedman (SBN 65852)
Patrick Allen (SBN 268130)
Bingham McCutchen LLP
1620 26th Street, Fourth Floor, North Tower
Santa Monica, CA 90404
(T) 310.907.1000
(F) 310.907.2000
bruce.friedman@bingham.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cortlandt Street Recovery Corp.<br><br>Plaintiff(s)<br><br>v.<br><br>California State Teachers' Retirement System, et. al.<br><br>Defendant(s). | CASE NUMBER:<br>2:11-cv-10571-RGK (SHx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>California State Teachers' Retirement System</u>  G Plaintiff   G Defendant   G Other _____
         *Name of Party*

to substitute _____<u>Bruce Friedman of Bingham McCutchen LLP</u>_____ who is

   G   Retained Counsel     G Counsel appointed by the Court (Criminal cases only) G Pro Se

_____<u>1620 26th Street, Fourth Floor North Tower</u>_____
                              *Street Address*

____<u>Santa Monica, California 90404</u>____              ____<u>bruce.friedman@bingham.com</u>____
       *City, State, Zip*                                              *E-Mail Address*

____<u>310.907.1000</u>____        ____<u>310.907.2000</u>____                ____<u>65852</u>____
   *Telephone Number*              *Fax Number*                       *State Bar Number*

as attorney of record in place and stead of __<u>Lamont T. King, Jr.</u>__
                                                                      *Present Attorney*

**is hereby**     G **GRANTED** G **DENIED**


    Dated _____              _____
                                                U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.**