Bruce Friedman (SBN 65852)
Patrick Allen (SBN 268130)
Bingham McCutchen LLP
1620 26th Street, Fourth Floor, North Tower
Santa Monica, CA 90404
(T) 310.907.1000
(F) 310.907.2000
bruce.friedman@bingham.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cortlandt Street Recovery Corp.<br><br>Plaintiff(s)<br>v.<br>California State Teachers' Retirement System, et. al.<br><br>Defendant(s). | CASE NUMBER:<br>2:11-cv-10571-RGK (SHx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>California State Teachers' Retirement System</u> ☐ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute    <u>Bruce Friedman of Bingham McCutchen LLP</u>    who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

<u>1620 26th Street, Fourth Floor North Tower</u>
*Street Address*

<u>Santa Monica, California 90404</u>        <u>bruce.friedman@bingham.com</u>
*City, State, Zip*                *E-Mail Address*

<u>310.907.1000</u>        <u>310.907.2000</u>        <u>65852</u>
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record in place and stead of   <u>Lamont T. King, Jr.</u>
                                              *Present Attorney*

**is hereby    GRANTED.**

                                              *[signature: Gary Klausner]*

Dated   March 30, 2012               _____
                                              U. S. District Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.