| | |
|---|---|
| 1 | Joseph J. Tabacco, Jr. (SBN 75484) |
| | jtabacco@bermandevalerio.com |
| 2 | Christopher T. Heffelfinger (SBN 118058) |
| | cheffelfinger@bermandevalerio.com |
| 3 | Marie G. Quashnock (SBN 153567) |
| | mquashnock@bermandevalerio.com |
| 4 | **BERMAN DeVALERIO** |
| | One California Street, Suite 900 |
| 5 | San Francisco, CA  94111 |
| | Telephone:  (415) 433-3200 |
| 6 | Facsimile:  (415) 433-6382 |
| 7 | *Attorneys for Defendant California Public Employees' Retirement System* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTLANDT STREET RECOVERY CORP., | Case No. CV11-10571-RGK (SHx) |
| Plaintiff, | **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, et al., | |
| Defendants. | Courtroom:  850<br>Judge:   Hon. R. Gary Klausner |

Defendant California Public Employees' Retirement System ("CalPERS") hereby requests the Court approve the substitution of Joseph J. Tabacco, Jr., Christopher T. Heffelfinger and Marie G. Quashnock of Berman DeValerio as attorneys of record in place and stead of Warren Astleford and Marte Emiliano Castanos.

Dated: April 19, 2012

_____
California Public Employees' Retirement System

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: April 19, 2012

_____
Warren Astleford

Dated: April 19, 2012

_____
Marte Emiliano Castanos

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: April 19, 2012

_____
Joseph J. Tabacco, Jr.
SBN 75484
by CTH with authorization

Dated: April 19, 2012

_____
Christopher T. Heffelfinger
SBN 118058

Dated: April 19, 2012

_____
Marie G. Quashnock
SBN 153567

---

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS [CASE NO. CV11-10571-RGK (SHX)]     1