Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Marie G. Quashnock (SBN 153567)
mquashnock@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Defendant California Public Employees' Retirement System*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTLANDT STREET RECOVERY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, et al., <br><br> Defendants. | Case No. CV11-10571-RGK (SHx) <br><br> **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS** <br><br> Courtroom: 850 <br> Judge: Hon. R. Gary Klausner |

1  Defendant California Public Employees' Retirement System ("CalPERS")
2  hereby requests the Court approve the substitution of Joseph J. Tabacco, Jr.,
3  Christopher T. Heffelfinger and Marie G. Quashnock of Berman DeValerio as
4  attorneys of record in place and stead of Warren Astleford and Marte Emiliano
5  Castanos.

Dated: April 19, 2012

_____
California Public Employees' Retirement System

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: April 19, 2012

_____
Warren Astleford

Dated: April 19, 2012

_____
Marte Emiliano Castanos

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: April 19, 2012

Joseph J. Tabacco, Jr.       by CTH with
SBN 75484                    authorization.

Dated: April 19, 2012

_____
Christopher T. Heffelfinger
SBN 118058

Dated: April 19, 2012

_____
Marie G. Quashnock
SBN 153567