1  Joseph J. Tabacco, Jr. (SBN 75484)
   jtabacco@bermandevalerio.com
2  Christopher T. Heffelfinger (SBN 118058)
   cheffelfinger@bermandevalerio.com
3  Marie G. Quashnock (SBN 153567)
   mquashnock@bermandevalerio.com
4  **BERMAN DeVALERIO**
   One California Street, Suite 900
5  San Francisco, CA  94111
   Telephone:  (415) 433-3200
6  Facsimile:  (415) 433-6382

7  *Attorneys for Defendant California Public Employees' Retirement System*

8

9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

| CORTLANDT STREET RECOVERY CORP., | Case No. CV11-10571-RGK (SHx) |
|---|---|
| Plaintiff, | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, et al., | |
| Defendants. | Courtroom:  850<br>Judge:   Hon. R. Gary Klausner |

1  The Court hereby orders that the request of Defendant California Public
2  Employees' Retirement System ("CalPERS") to substitute retained counsel
3
4  Joseph J. Tabacco, Jr. (SBN 75484)
   jtabacco@bermandevalerio.com
5  Christopher T. Heffelfinger (SBN 118058)
   cheffelfinger@bermandevalerio.com
6  Marie G. Quashnock (SBN 153567)
   mquashnock@bermandevalerio.com
7  **BERMAN DeVALERIO**
   One California Street, Suite 900
8  San Francisco, CA  94111
   Telephone:  (415) 433-3200
9  Facsimile:  (415) 433-6382

10  as attorneys of record in place and stead of Warren Astleford and Marte Emiliano
11  Castanos is hereby GRANTED.
12
13
14  Dated: _____           _____
                                    Judge R. Gary Klausner
15
16
17
18
19
20
21
22
23
24
25
26
27
28