Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Marie G. Quashnock (SBN 153567)
mquashnock@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

*Attorneys for Defendant California Public Employees' Retirement System*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTLANDT STREET RECOVERY CORP.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, et al.,<br><br>                    Defendants. | Case No. CV11-10571-RGK (SHx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS**<br><br>Courtroom:  850<br>Judge:   Hon. R. Gary Klausner |

The Court hereby orders that the request of Defendant California Public Employees' Retirement System ("CalPERS") to substitute retained counsel

> Joseph J. Tabacco, Jr. (SBN 75484)
> jtabacco@bermandevalerio.com
> Christopher T. Heffelfinger (SBN 118058)
> cheffelfinger@bermandevalerio.com
> Marie G. Quashnock (SBN 153567)
> mquashnock@bermandevalerio.com
> **BERMAN DeVALERIO**
> One California Street, Suite 900
> San Francisco, CA  94111
> Telephone:  (415) 433-3200
> Facsimile:  (415) 433-6382

as attorneys of record in place and stead of Warren Astleford and Marte Emiliano Castanos is hereby GRANTED.

Dated: April 24, 2012         _____
                              Judge R. Gary Klausner