Jeffrey P. Lendrum (137751)
**LENDRUM LAW FIRM**
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
Email: jpl@lendrumlaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTLANDT STREET RECOVERY CORP.<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM, UNIVERSITY OF CALIFORNIA, BERKELEY FOUNDATION,<br><br>Defendants. | Case No. CV11-10571 RGK (SHx)<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>[Fed.R.Civ.P. 41(a)(1)(A)(ii)]<br><br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner |

STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

1  Whereas Defendants Los Angeles City Employees Retirement System,
2  California State Teachers' Retirement System, California Public Employees'
3  Retirement System and University of California, Berkeley Foundation
4  (collectively "Defendants") have each answered the Complaint in this action;
5  Whereas, pursuant to the Order Setting Scheduling Conference (Docket 54-
6  1), the Court has scheduled a Fed.R.Civ.P. 16(b) conference for June 4, 2012
7  ("Rule 16(b) Conference");
8  Whereas, the parties wish to avoid the time and expense associated with the
9  Rule 16(b) Conference;
10  Whereas each Defendant has entered separate Tolling Agreements with
11  Plaintiff; AND
12  Whereas pursuant to the terms of the Tolling Agreements, and in
13  consideration for the obligations contained therein, Plaintiff has agreed to
14  voluntarily dismiss this action without prejudice as to each of the Defendants.
15  The Parties HEREBY STIPULATE:
16  Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), the above-captioned action is
17  hereby voluntarily dismissed in its entirety as to each Defendant, without
18  prejudice, with each party to bear its own costs, fees and expenses.

20  Dated: May 22, 2012            **LENDRUM LAW FIRM**
21                                  A Professional Corporation

24                                  By: _____
                                    Jeffrey P. Lendrum
25                                  Attorney for Plaintiff

1
STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

| | | |
|---|---|---|
| 1 | Dated: May 21, 2012 | **BINGHAM MCCUTCHEN LLP** |
| 2 | | |
| 3 | | By: /s/ Bruce Friedman |
| 4 | | Bruce A. Friedman |
| 5 | | Attorney for Defendant California State Teachers Retirement System |
| 6 | | |
| 7 | | |
| 8 | Dated: May __, 2012 | **BERMAN DeVALERIO LLP** |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Joseph J. Tobacco, Jr. |
| 12 | | Christopher T. Heffelfinger |
| 13 | | Marie G. Quashnock |
| 14 | | Attorney for Defendant California Public Employees' Retirement System |
| 15 | Dated: May __, 2012 | **FARELLA BRAUN + MARTEL LLP** |
| 16 | | |
| 17 | | |
| 18 | | By: _____ |
| 19 | | Anthony P. Schoenberg |
| 20 | | Attorney for Defendant University of California, Berkeley Foundation |
| 21 | | |
| 22 | Dated: May __, 2012 | **KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP** |
| 23 | | |
| 24 | | |
| 25 | | By: _____ |
| 26 | | Charles N. Freiberg |
| 27 | | David J. Abrams |
| 28 | | Attorney for Defendant Los Angeles City Employees' Retirement System |

2
STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

| | | |
|---|---|---|
| 1 | Dated: May __, 2012 | **BINGHAM MCCUTCHEN LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Bruce A. Friedman<br>Attorney for Defendant California State |
| 6 | | Teachers Retirement System |
| 7 | | |
| 8 | Dated: May __, 2012 | **BERMAN DeVALERIO LLP** |
| 9 | | |
| 10 | | |
| 11 | | By: _____<br>Joseph J. Tobacco, Jr. |
| 12 | | Christopher T. Heffelfinger<br>Marie G. Quashnock |
| 13 | | Attorney for Defendant California Public |
| 14 | | Employees' Retirement System |
| 15 | Dated: May __, 2012 | **FARELLA BRAUN + MARTEL LLP** |
| 16 | | |
| 17 | | |
| 18 | | By: _____ |
| 19 | | Anthony P. Schoenberg<br>Attorney for Defendant University of |
| 20 | | California, Berkeley Foundation |
| 21 | | |
| 22 | Dated: May 21, 2012 | **KASOWITZ, BENSON, TORRES &**<br>**FRIEDMAN, LLP** |
| 23 | | |
| 24 | | |
| 25 | | By: *[signature]* Charles Freiberg |
| 26 | | Charles N. Freiberg<br>David J. Abrams |
| 27 | | Attorney for Defendant Los Angeles City |
| 28 | | Employees' Retirement System |

2
STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

| | | |
|---|---|---|
| 1 | Dated: May __, 2012 | **BINGHAM MCCUTCHEN LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Bruce A. Friedman |
| 6 | | Attorney for Defendant California State Teachers Retirement System |
| 7 | | |
| 8 | Dated: May 20, 2012 | **BERMAN DeVALERIO LLP** |
| 9 | | |
| 10 | | By: _/s/ C.T. Heffelfinger_____ |
| 11 | | Joseph J. Tabacco, Jr. |
| 12 | | Christopher T. Heffelfinger |
| 13 | | Marie G. Quashnock |
| 14 | | Attorney for Defendant California Public Employees' Retirement System |
| 15 | Dated: May __, 2012 | **FARELLA BRAUN + MARTEL LLP** |
| 16 | | |
| 17 | | |
| 18 | | By: _____ |
| 19 | | Anthony P. Schoenberg |
| 20 | | Attorney for Defendant University of California, Berkeley Foundation |
| 21 | | |
| 22 | Dated: May __, 2012 | **KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP** |
| 23 | | |
| 24 | | |
| 25 | | By: _____ |
| 26 | | Charles N. Freiberg |
| 27 | | David J. Abrams |
| 28 | | Attorney for Defendant Los Angeles City Employees' Retirement System |

2
STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

| | |
|---|---|
| Dated: May __, 2012 | **BINGHAM MCCUTCHEN LLP**<br><br>By: _____<br>Bruce A. Friedman<br>Attorney for Defendant California State Teachers Retirement System |
| Dated: May __, 2012 | **BERMAN DeVALERIO LLP**<br><br>By: _____<br>Joseph J. Tobacco, Jr.<br>Christopher T. Heffelfinger<br>Marie G. Quashnock<br>Attorney for Defendant California Public Employees' Retirement System |
| Dated: May 21 2012 | **FARELLA BRAUN + MARTEL LLP**<br><br>By: *(signed)* Anthony P. Schoenberg<br>Anthony P. Schoenberg<br>Attorney for Defendant University of California, Berkeley Foundation |
| Dated: May __, 2012 | **KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**<br><br>By: _____<br>Charles N. Freiberg<br>David J. Abrams<br>Attorney for Defendant Los Angeles City Employees' Retirement System |

2
STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]